# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-8506**  **September Term, 2024**

AG No. 44

**Filed On: August 20, 2025** [2130990]

In re: Patrick Lewis Wojahn,

   Respondent

## O R D E R

  Upon consideration of the certified copy of the order issued by the Supreme Court of Maryland on March 21, 2025, accepting the consent to disbarment of Patrick Lewis Wojahn submitted while an investigation into allegations of misconduct was pending, and it appearing that Patrick Lewis Wojahn is respondent, Patrick Lewis Wojahn, who was admitted to the bar of this court on April 16, 2007, under number 51097, it is

  **ORDERED**, on the court's own motion, that respondent show cause by September 19, 2025, why he should not be disbarred. *See* Rule V of the Rules of Disciplinary Enforcement for the United States Court of Appeals for the District of Columbia Circuit. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten).

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

      BY: /s/
         Selena R. Gancasz
         Deputy Clerk